In the Matter of the Application of FRANCIS G. WARD, as Commissioner of Public Works of the City of Buffalo, Appellant, for a Writ of Mandamus against ERIE RAILROAD COMPANY, Respondent.

*Matter of Ward* v. *Erie R. R. Co.*, 167 App. Div. 950, affirmed.
(Argued April 15, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 26, 1915, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to repair a bridge or viaduct carrying a city street over its tracks and right of way. A question of law was presented as to the validity of a clause in a contract executed in 1896 between the grade crossing commissioners of the city of Buffalo and the respondent Erie Railroad Company, imposing the burden of maintenance of completed grade crossing structures upon the city of Buffalo.

*William S. Rann, Corporation Counsel (Jeremiah J. Hurley* of counsel), for appellant.

*William L. Marcy* and *Helen Z. M. Rodgers* for respondent

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.